# SEYFARTH
## ATTORNEYS SHAW LLP

620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5629

Writer's e-mail
rwhitman@seyfarth.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/23/12
```

July 19, 2012

VIA FAX – (212) 805-7986

Hon. Paul G. Gardephe
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul Gardephe*

Paul G. Gardephe

July 20, 2012

Re:   Bagley v. JPMorgan Chase & Co.,
      No. 10 Civ. 1592 (PGG)

Dear Judge Gardephe:

This firm has been retained as lead trial counsel for Defendant JPMorgan Chase & Co. in the above-referenced action. We write to respectfully request a six-week adjournment of the trial date (currently scheduled to commence September 24) and the date for pre-trial submissions (currently scheduled for August 11). This adjournment is necessary in view of the fact that the undersigned was retained this morning and has not previously been involved in the defense of the action. Under the proposed new schedule, pre-trial submissions would be due September 24 and trial would commence November 5.

We have consulted with Plaintiff's counsel, who does not oppose this request. No previous request for a change in these deadlines has been made, and no other deadlines would be affected.

On behalf of both parties, we thank the Court for its consideration of this request.

Respectfully submitted,

SEYFARTH SHAW LLP

/s/ *Robert S. Whitman*

Robert S. Whitman

cc:   Milton L. Williams Jr., Esq. (via fax)
      Stacey Blecher, Esq. (by fax)

LONDON | WASHINGTON, D.C. | SAN FRANCISCO | SACRAMENTO | NEW YORK | LOS ANGELES | HOUSTON | CHICAGO | BOSTON | ATLANTA