UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| ROBERT BAGLEY, | :  :  : |
| Plaintiff, | 10 Civ. 1592 (PGG) |
| -against- | ECF Case |
| J.P. MORGAN CHASE & CO., | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

　　　　PLEASE TAKE NOTICE that John T. DiNapoli of the law firm Seyfarth Shaw LLP, 620 Eighth Avenue, New York, New York 10018, hereby enters his appearance as counsel for Defendant JPMorgan Chase & Co. in the above-captioned matter.

Dated:　New York, New York
　　　　September 21, 2012

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　SEYFARTH SHAW LLP

　　　　　　　　　　　　　　　　　　By:  /s/ John T. DiNapoli
　　　　　　　　　　　　　　　　　　　　　John T. DiNapoli

　　　　　　　　　　　　　　　　　　620 Eighth Avenue
　　　　　　　　　　　　　　　　　　New York, New York 10018-1405
　　　　　　　　　　　　　　　　　　Phone:  (212) 218-3355
　　　　　　　　　　　　　　　　　　Fax:  (917) 344-1187
　　　　　　　　　　　　　　　　　　jdinapoli@seyfarth.com

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

14861135v.1