VLADECK, WALDMAN, ELIAS & ENGELHARD, P.C.
COUNSELORS AT LAW
1501 BROADWAY
NEW YORK, N.Y. 10036
TEL 212/403-7300
FAX 212/221-3172



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/4/12
```

October 3, 2012

**BY HAND**

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, NY 10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

_[signature]_
Paul G. Gardephe, U.S.D.J.

Dated: _October 3, 2012_

Re:   Robert Bagley v. JPMorgan Chase & Co.
      10 Civ. No. 1592 (PGG)(RLE)

Dear Judge Gardephe:

We represent the plaintiff Robert Bagley in the above-captioned matter. Pursuant to the Court's Order dated July 20, 2012, trial is scheduled to begin November 5, 2012. We filed Plaintiff's Trial Memorandum of Law in Opposition to Jury Charges, Verdict Sheets and Counter Designations Proposed by Defendant JPMorgan Chase & Co. electronically on October 1, 2012. After filing, we noticed some typographical errors that we have corrected. We enclose a courtesy copy of the corrected version of plaintiff's Trial Memorandum. We respectfully request permission to file the corrected version of the Trial Memorandum electronically.

As set forth in plaintiff's Trial Memorandum at 7 n.2, plaintiff also encloses Supplemental Proposed Jury Instruction Nos. 5 and 5a and a Proposed Supplemental Special Verdict Form.

In addition, it is plaintiff's understanding based on a discussion with Chambers that the Court will set a deadline for plaintiff to submit his opposition to Defendant's Motion In Limine. We respectfully propose the following schedule: plaintiff's opposition due by October 10, 2012 and defendant's reply due by October 17, 2012. The parties have conferred and defendant does not oppose this proposed schedule.

Respectfully submitted,

_[signature]_
Jeremiah Iadevaia

JI/sr
Encl.
cc:   Robert Whitman, Esq. (by email w/ enclosures)

477247 v1