# SEYFARTH SHAW LLP

620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-3355

Writer's e-mail
jdinapoli@seyfarth.com

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 10/17/12 |

October 15, 2012

**VIA FACSIMILE (212-805-7986)**

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, New York 10007

Re:   Bagley v. JPMorgan Chase & Co.
      10 Civ. 1592 (PGG)(RLE)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*

Paul G. Gardephe, U.S.D.J.

Dated: Oct. 16, 2012

Dear Judge Gardephe:

This firm represents the defendant, JPMorgan Chase & Co., in the above matter. We write to request a brief extension of time for Defendant to submit its reply memorandum supporting its motion *in limine*. Plaintiff filed his opposition on October 10, 2012, and Defendant's reply is currently due on October 17, 2012. We respectfully request that the deadline for the reply be extended by two days to Friday, October 19, 2012. This request is being made so that Defendant can respond fully to the arguments contained in Plaintiff's opposing brief.

Plaintiff's counsel has consented to this request. No previous request for an extension of time has been made in connection with this motion. No other scheduled dates would be affected if the Court grants Defendant's request.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ John T. DiNapoli*

John T. DiNapoli

cc:   Robert Whitman (via email)
      Milton L. Williams, Jr. (via email)
      Jeremiah Iadevaia (via email)