UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/12

ROBERT BAGLEY,

Plaintiff,

v.

J.P. MORGAN CHASE & CO.,

Defendant.

**ECF CASE**

**ORDER**

10 Civ. 1592 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that there shall be a pre-trial conference in the

above-captioned action on **November 1, 2012 at 10:15 a.m.** in Courtroom 6B of the

United States Courthouse, 500 Pearl Street, New York, New York.

Dated:  New York, New York
        October 24, 2012

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge