UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ x

ROBERT BAGLEY,

            Plaintiff,

  -against-

JPMORGAN CHASE & CO.,

           Defendant.

------------------------------------------------ x

10 Civ. 1592 (PGG)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed, by and among the parties, that the above-captioned action shall be dismissed in its entirety, with prejudice, with no award of counsel fees or costs by the Court to any party.

By: _/s/ Milton L. Williams, Jr._
Milton L. Williams, Jr.
VLADECK, WALDMAN,
ELIAS & ENGELHARD, P.C.
1501 Broadway, Suite 800
New York, NY 10036
(212) 403-7300

Attorneys for Plaintiff
November 7, 2012

By: _/s/ Robert S. Whitman_
Robert S. Whitman
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500

Attorneys for Defendant
November 15, 2012

14962056v.7